UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>    Defendant. | NO. CV-08-316-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Ct. Rec. 40).

The parties indicate that the matters in controversy herein have been compromised and settled and ask that the above-entitled action be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal with Prejudice (Ct. Rec. 40) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs to either party.

///
///
///
///

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1**

1   **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2   Order, provide copies to counsel, and **close the file**.
3   **DATED** this 7th of June, 2010.

                      *s/Robert H. Whaley*
                     ROBERT H. WHALEY
                   United States District Court

Q:\CIVIL\2008\Williams\dismiss.wpd

**ORDER GRANTING STIPULATION OF
DISMISSAL WITH PREJUDICE ~ 2**